# MEMORANDUM DECISIONS

THE J. H. WILLIAMS. PENNSYLVANIA COAL CO. v. CORNELL STEAMBOAT CO. et al. CLEARY BROS. v. HINES, Director General of Railroads, et al. (Circuit Court of Appeals, Second Circuit. March 20, 1922.) No. 225–226. Appeals from the District Court of the United States for the Eastern District of New York. Separate libels by the Pennsylvania Coal Company and by Cleary Bros. against the steam tug J. H. Williams, of which the Cornell Steamboat Company was claimant, and against Walker D. Hines, as Director General of Railroads. From decrees in favor of libelants, the Cornell Steamboat Company appeals. Affirmed. Park & Mattison, of New York City, for Pennsylvania Coal Co. Thomas C. Byrns, of New York City (John L. Stoneham, of New York City, of counsel), for libelants Cleary Bros. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for claimant. Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, of counsel), for respondent. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decrees affirmed.